737 A.2d 732

**Armando Dejesus THEN, Appellant,**

**v.**

**Raymond COLLERAN and Nicholas Muller, Appellees.**

**No. 110 Middle District Appeal Docket 1999.**

Supreme Court of Pennsylvania.

Sept. 2, 1999.

## *ORDER*

PER CURIAM:

**AND NOW,** this 2nd day of September, 1999, probable jurisdiction is herewith noted and the order appealed is affirmed.